CUSTODY, NRESTRAINT, SEALED, TERMINATED,

# U.S. District Court
# District of Oregon (Portland (3))
# CRIMINAL DOCKET FOR CASE #: <u>3:21−mj−00076</u>−1 *SEALED*

| | |
|---|---|
| Case title: USA v. SEALED | Date Filed: 03/23/2021 |
| Other court case number: 1:21−cr−00237 District of Columbia | Date Terminated: 03/23/2021 |

Assigned to: Unassigned

### Defendant (1)

| | | |
|---|---|---|
| **Jonathanpeter Allen Klein**<br>*TERMINATED: 03/23/2021* | represented by | **Michelle M. Sweet**<br>Federal Public Defender's Office<br>101 SW Main Street<br>Suite 1700<br>Portland, OR 97204<br>503−326−2123<br>Fax: 503−326−5524<br>Email: michelle_sweet@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:371 Conspiracy; 18:1512(c)(2), 2 Obstruction of an Official Proceeding and Aiding and Abetting; 18:231(a)(3), 2 Obstruction of Law Enforcement During Civil Disorder and Aiding | |

and Abetting; 18:1361, 2 Destruction of Government Property and Aiding and Abetting; 18:1752(a)(1) Entering and Remaining in a Restricted Building or Grounds; 18:1752(a)(2) Disorderly Conduct in a Restricted Building or Grounds

**Plaintiff**

**USA**      represented by    **Paul T. Maloney**
U.S. Attorney's Office
1000 SW Third Avenue
Suite 600
Portland, OR 97204
503–727–1012
Fax: 503–727–1117
Email: Paul.Maloney@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

Email All Attorneys

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/23/2021 | 1 | | **(DOCUMENT FILED UNDER SEAL)** Documents Received From Other Court as to Jonathanpeter Allen Klein from District of Columbia Case No: 1:21–cr–00237 (Attachments: # 1 Indictment list – SEALED) (sb) (Entered: 03/23/2021) |
| 03/23/2021 | 2 | | **(DOCUMENT FILED UNDER SEAL)** Arrest Warrant as to Jonathanpeter Allen Klein from District of Columbia Case No: 1:21–cr–00237. (sb) (Entered: 03/23/2021) |
| 03/23/2021 | 4 | | **(DOCUMENT FILED UNDER SEAL)** District of Columbia Order to Seal by USA as to Jonathanpeter Allen Klein (sb) (Entered: 03/23/2021) |
| 03/23/2021 | 5 | | **Minutes of Proceedings:** Initial Appearance pursuant to Rule Rule 5 Proceedings held on 3/23/2021 before Magistrate Judge John V. Acosta as to Jonathanpeter Allen Klein. At the Government's request, the Clerk is directed to unseal the case. Defendant waives an in–person appearance and consents to appear by telephone from the Umatilla County Jail. **ORDER** appointing Federal Defender Michelle Sweet to represent defendant for proceedings in this District. Defendant advised of rights and waived reading of the charges. Defendant waives an identity hearing, production of the warrant, and any preliminary or detention hearing, however, may request release. (Waiver of Rule 5 & 5.2 Hearings to be filed separately.) Other Court Information: USA v. Jonathanpeter Allen Klein, 1:21–cr–00237. **ORDER** – Defendant is detained pending Detention Hearing SET for Wednesday, March 24, 2021 at 1:30 PM in Portland by videoconference before the duty magistrate judge. Counsel Present for |

|  |  |  | Government: Paul Maloney. Counsel Present for Defendant: Michelle Sweet. Restraint Order: NR. (Court Reporter: Dennis Apodaca) (pjg) (Entered: 03/23/2021) |
| --- | --- | --- | --- |
| 03/23/2021 | 6 |  | Waiver of Rule 5 & 5.1 Hearing by Jonathanpeter Allen Klein (sb) (Entered: 03/23/2021) |
| 03/23/2021 | 7 |  | **Scheduling Order** as to Jonathanpeter Allen Klein. At Defendant's request, the 3/24/2021 Detention Hearing is **STRICKEN.** Defendant will address the matter of detention with the District of Columbia Court. (Commitment to Another District to be filed separately.) Ordered by Magistrate Judge John V. Acosta. (pjg) (Entered: 03/23/2021) |
| 03/23/2021 | 8 |  | Commitment to Another District as to Jonathanpeter Allen Klein. Defendant committed to District of Columbia. Original and two certified copies forwarded to U.S. Marshal on 3/24/2021. (sb) (Entered: 03/24/2021) |

```
MIME-Version:1.0
From:info@ord.uscourts.gov
To:nobody
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:7365350@ord.uscourts.gov
Subject:Activity in Case 21-76 Sealed v. Sealed (Redacted Notice)
Content-Type: text/html
```

## U.S. District Court

## District of Oregon

### Notice of Electronic Filing

The following transaction was entered on 3/23/2021 at 3:07 PM PDT and filed on 3/23/2021

**Case Name:** USA v. SEALED
**Case Number:** 3:21–mj–00076 *SEALED*
**Filer:**
**Document Number:** 5(No document attached)

**Docket Text:**
**Minutes of Proceedings: Initial Appearance pursuant to Rule Rule 5 Proceedings held on 3/23/2021 before Magistrate Judge John V. Acosta as to Jonathanpeter Allen Klein. At the Government's request, the Clerk is directed to unseal the case. Defendant waives an in–person appearance and consents to appear by telephone from the Umatilla County Jail. ORDER appointing Federal Defender Michelle Sweet to represent defendant for proceedings in this District. Defendant advised of rights and waived reading of the charges. Defendant waives an identity hearing, production of the warrant, and any preliminary or detention hearing, however, may request release. (Waiver of Rule 5 & 5.2 Hearings to be filed separately.) Other Court Information: USA v. Jonathanpeter Allen Klein, 1:21–cr–00237. ORDER – Defendant is detained pending Detention Hearing SET for Wednesday, March 24, 2021 at 1:30 PM in Portland by videoconference before the duty magistrate judge. Counsel Present for Government: Paul Maloney. Counsel Present for Defendant: Michelle Sweet. Restraint Order: NR. (Court Reporter: Dennis Apodaca) (pjg)**

**3:21–mj–00076 *SEALED*–1** No electronic public notice will be sent because the case/entry is sealed.

AO 466A (Rev. 07/16) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 3:21-mj-00076 |
| JONATHANPETER ALLEN KLEIN | ) | |
| | ) | Charging District's Case No. 1:21-cr-00237 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* ___District of the District of Columbia___.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.

(5) a hearing on any motion by the government for detention;

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☒ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that any preliminary or detention hearing be held in the prosecuting district, at a time set by that court. However, I anticipate that I may request release.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: March 23, 2021

_/s/ Michelle M Sweet_
_for Jonathan Peter Allen Klein_
*Defendant's signature* (over telephone)

_/s/ Michelle M Sweet_
*Signature of defendant's attorney*

Michelle Sweet
*Printed name of defendant's attorney*

Page 5

MIME−Version:1.0
From:info@ord.uscourts.gov
To:nobody
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message−Id:7365658@ord.uscourts.gov
Subject:Activity in Case 21−76 Sealed v. Sealed (Redacted Notice)
Content−Type: text/html

**U.S. District Court**

**District of Oregon**

## Notice of Electronic Filing

The following transaction was entered on 3/23/2021 at 4:39 PM PDT and filed on 3/23/2021

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 3:21−mj−00076 *SEALED* |
| **Filer:** | |
| **Document Number:** | 7(No document attached) |

**Docket Text:**
**Scheduling Order as to Jonathanpeter Allen Klein. At Defendant's request, the 3/24/2021 Detention Hearing is STRICKEN. Defendant will address the matter of detention with the District of Columbia Court. (Commitment to Another District to be filed separately.) Ordered by Magistrate Judge John V. Acosta. (pjg)**

**3:21−mj−00076 *SEALED*−1 No electronic public notice will be sent because the case/entry is sealed.**

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| JONATHANPETER ALLEN KLEIN ) | Case No. 3:21-mj-00076 |
| ) | |
| _____ ) | Charging District's |
| *Defendant* ) | Case No. 1:21-cr-00237 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the _____ District of <u>the District of Columbia</u>,
*(if applicable)* _____ division. The defendant may need an interpreter for this language:
_____.

The defendant: ☐ will retain an attorney.
☑ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: March 23, 2021

_____
*Judge's signature*

The Honorable John V. Acosta, U.S. Magistrate Judge
*Printed name and title*